```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO SANCHEZ-GAONA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No.  2:11-CR-00118 MCE |
|  ) | |
| Plaintiff,  ) | STIPULATION AND ORDER |
|  ) | TO RESET BRIEFING SCHEDULE |
| v.  ) | |
|  ) | |
| ANTONIO SANCHEZ-GAONA  ) | |
| Defendants.  ) | Date: November 3, 2011 |
|  ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, MICHAEL ANDERSON, counsel for Plaintiff; and DOUGLAS BEEVERS, Assistant Federal Defender, counsel for defendant ANTONIO SANCHEZ-GAONA; that the briefing schedule be changed to the following: the Government's opposition is due October 17, 2011; the defense's reply due October 24, 2011; and the Motion Hearing currently set for September 29, 2011 be vacated and reset for November 3, 2011 at 9:00am. This request is made jointly by the government and defense.

The reason for the continuance is allow additional time for continued preparation. Additionally, defense counsel needs time to review additional discovery that was recently provided by the Government. The parties agree a continuance is necessary for this purpose, and agree to

exclude time under the Speedy Trial Act accordingly.

**IT IS STIPULATED** that the period from the signing of this Order, up to and including November 3, 2011 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: September 15, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTONIO SANCHEZ-GAONA

Dated: September 15, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael Anderson*
MICHAEL ANDERSON
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is hereby ordered that the briefing schedule be changed to the following: the Government's opposition is due October 17, 2011; the defense's reply due October 24, 2011; and the Motion Hearing currently set for September 29, 2011 be vacated and reset for November 3, 2011 at 9:00am. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, up to and including, November 3, 2011 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

IT IS SO ORDERED.

Dated: September 20, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE