DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JUAN OSCAR MARTINEZ-ARIAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 11-118 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | DATE, CONTINUING CASE, AND |
| | ) | EXCLUDING TIME |
| JUAN MARTINEZ-ARIAS | ) | |
| Et al, | ) | |
| Defendants. | ) | Date: Nov 3, 2011 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHAEL ANDERSON, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JUAN MARTINEZ-ARIAS; Attorney Gilbert Roque, Counsel for Defendant DANIEL SALINAS; Attorney Douglas Beevers, Counsel for Defendant ANTONIO SANCHEZ-GAONA; Attorney Carl Larson, Counsel for Defendant EDGARDO SOLORIO CAMACHO, that the status conference scheduled for September 29, 2011, be vacated and the matter be continued to this Court's criminal calendar on November 3, 2011, at 9:00 a.m., for further status.

This continuance is requested by the defense in order to continue

further client consultation concerning available courses of action, and to continue in negotiations to reach an acceptable plea agreement

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the November 3, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: September 26, 2011          /s/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for Defendant
                                   JUAN MARTINEZ-ARIAS

Dated: September 26, 2011          /s/ Gilbert Roque
                                   GILBERT ROQUE
                                   Attorney for Defendant
                                   DANIEL SALINAS

Dated: September 26, 2011          /s/ Doulgas Beevers
                                   DOUGLAS BEEVERS
                                   Attorney for Defendant
                                   ANTONIO SANCHEZ-GAONA

Dated: September 26, 2011          /s/ Carl Larson
                                   CARL LARSON
                                   Attorney for Defendant
                                   EDGARDO SOLORIO-CAMACHO

1  Dated: September 26, 2011          /s/ Michael Anderson
                                      MICHAEL ANDERSON
2                                     Assistant United States Attorney
                                      Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE