BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTONIO SANCHEZ-GAONA<br><br>          Defendant. | CASE NO. 2:11-CR-00118<br><br>STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SEVER AND ORDER |

The parties request that the date for the government's opposition to the defendant's motion to sever in this case be continued from October 17, 2011, to October 24, 2011. The defendant's optional reply brief will be due on October 31, 2011, and the hearing on the motion will remain scheduled for November 3, 2011, at 9:00 a.m.

The parties agree that good cause exists to grant this motion. Specifically, defense counsel believes that the motion may be mooted by developments in the case and is conferring with codefendants' defense counsel and reviewing discovery and other information pertaining to the motion to sever. The government concurs with defense counsel's assessment.

1

If the motion becomes moot or if an additional delay is deemed necessary, the parties will timely inform the Court.

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: October 17, 2011      By:  /s/ Michael D. Anderson
                                            MICHAEL D. ANDERSON
                                            Assistant U.S. Attorney

DATE: October 17, 2011          /s/ Michael D. Anderson for
                                            DOUGLAS BEEVERS
                                            Attorney for Defendant

**IT IS SO ORDERED.**

Dated: October 19, 2011

                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE