```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO SANCHEZ-GAONA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-00118-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| ANTONIO SANCHEZ-GAONA, ) | |
| et al., ) | Date:  January 12, 2012 |
| ) | Time:  9:00 a.m. |
| Defendants. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

The parties request that the status conference in this case be continued from December 15, 2011, to January 12, 2012 at 9:00 a.m. They stipulate that the time between December 15, 2011 and January 12, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case.

///

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

Dated: December 14, 2011        Respectfully submitted,

                                              DANIEL BRODERICK
                                              Federal Defender

                                              */s/ Douglas Beevers*
                                              DOUGLAS BEEVERS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ANTONIO SANCHEZ-GAONA

Dated: December 14, 2011        */s/Dina Santos*
                                              DINA SANTOS
                                              Attorney for Defendant
                                              JUAN MARTINEZ-ARIAS

Dated: December 14, 2011        */s/ Gilbert Roque*
                                              GILBERT ROQUE
                                              Attorney for Defendant
                                              DANIEL SALINAS

Dated: December 14, 2011        */s/ Carl Larson*
                                              CARL LARSON
                                              Attorney for Defendant
                                              EDGARDO SOLORIO-CAMACHO

Dated: December 14, 2011        BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Michael Anderson*
                                              MICHAEL ANDERSON
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 15, 2011, be continued to January 12, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the January 12, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE