DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO SANCHEZ-GAONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  2:11-CR-00118 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO RESET MOTION HEARING |
| v. | ) | |
| | ) | |
| ANTONIO SANCHEZ-GAONA | ) | |
| Defendant. | ) | Date:  March 22, 2012 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties, MICHAEL ANDERSON, Assistant United States Attorney, for plaintiff United States of America, on the one hand, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant ANTONIO SANCHEZ-GAONA that the date for the hearing on defendant's  motion to suppress be continued from February 23, 2012, to March 22, 2012.

The reason for the continuance is due to the fact that defense counsel is unavailable for the present date due to an unforseen family emergency. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

/ / /

**IT IS STIPULATED** that the period from the signing of this Order, up to and including January 12, 2012 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E, for pretrial motions.

Dated: February 22, 2012                    Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender


                                            /s/ Douglas Beevers
                                            DOUGLAS BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            ANTONIO SANCHEZ-GAONA

Dated: February 22, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ Michael Anderson
                                            MICHAEL ANDERSON
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

2

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is hereby ordered that the Motion Hearing currently set for February 23, 2012 shall be vacated and reset for March 22, 2012 at 9:00am. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, up to and including, March 22, 2012 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D)and Local Code E, for pretrial motions.

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3