DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTONIO SANCHEZ-GAONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO SANCHEZ-GAONA, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. CR-S-11-00118-MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: June 14, 2012 <br> Time: 9:00 a.m. <br> Judge: Hon. Morrison C. England |

The parties request that the status conference in this case be continued from May 31, 2012, to June 14, 2012 at 9:00 a.m. They stipulate that the time between May 31, 2012 and June 14, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4. Defense counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case.

Specifically, defense counsel needs to examine the vehicle and the firearm, and to attempt to re-interview a witness. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: May 30, 2012

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          */s/ Douglas Beevers*
                                          DOUGLAS BEEVERS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ANTONIO SANCHEZ-GAONA

Dated: May 30, 2012

                                          */s/Dina Santos*
                                          DINA SANTOS
                                          Attorney for Defendant
                                          JUAN MARTINEZ-ARIAS

Dated: May 30, 2012

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Michael Anderson*
                                          MICHAEL ANDERSON
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 31, 2012, be continued to June 14, 2012, at 9:00 a.m.

///

Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the June 14, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

 Dated: June 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3