HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTONIO SANCHEZ-GAONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO SANCHEZ-GAONA,<br><br>Defendant. | No. Cr. S 11-cr-118 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, JR. |
|---|---|

Defendant, ANTONIO SANCHEZ-GAONA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 7, 2013, this Court sentenced Mr. Sanchez-Gaona to a term of 97 months imprisonment;

3. Mr. England's total offense level was 30, his criminal history category was II, and the resulting guideline range was 108 to 135 months. He received a reduction from the statutory mandatory minimum on the government's motion;

4. The sentencing range applicable to Mr. Sanchez-Gaona was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Sanchez-Gaona's total offense level has been reduced from 30 to 28, and his amended guideline range is 87 to 108 months. A reduction comparable to the one he received initially yields a term of 70 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Sanchez-Gaona's term of imprisonment to 70 months.

Respectfully submitted,

Dated: August 26, 2015                          Dated: August 26, 2015

BENJAMIN B. WAGNER                              HEATHER E. WILLIAMS
United States Attorney                          Federal Defender


 /s/ *Jason Hitt*                                /s/ *Hannah R. Labaree*
JASON HITT                                      HANNAH R. LABAREE
Assistant U.S. Attorney                         Assistant Federal Defender

Attorney for Plaintiff                          Attorney for Defendant
UNITED STATES OF AMERICA                        ANTONIO SANCHEZ-GAONA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Sanchez-Gaona is entitled to the benefit Amendment 782, which reduces the total offense level from 30 to 28, resulting in an amended guideline range of 87 to 108 months. A reduction comparable to the one he received initially yields a term of 70 months.

IT IS HEREBY ORDERED that the total term of imprisonment imposed in March 2013 is reduced to 70 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Sanchez-Gaona shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  August 31, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT